Desirae Ayala G025454
Name and Prisoner/Booking Number

Estrella Detention Facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Desirae Ayala
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone
(Full Name of Defendant)

(2) Clint Hickman

(3) Dawn Noggles

(4)

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-01893-PHX-SMB--ASB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.  Institution/city where violation occurred: Estrella Detention Facility

3.  Phoenix, AZ 85009

Revised 12/1/20

1

**550/555**

**B. DEFENDANTS**

1. Name of first Defendant: Paul Penzone . The first Defendant is employed
as: Maricopa County Sheriff at Estrella Detention Facility
(Position and Title)          (Institution)

2. Name of second Defendant: Clint Hickman . The second Defendant is employed as:
as: Board Member Maricopa Board of Supervisors   Estrella Detention Facility
(Position and Title)          (Institution)

3. Name of third Defendant: Dawn Noggles . The third Defendant is employed
as: Director Correctional Health Services at Estrella Detention Facility
(Position and Title)          (Institution)

4. Name of fourth Defendant:_____ . The fourth Defendant is employed
as:_____at_____
(Position and Title)          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

    a. First prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
    _____

    b. Second prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
    _____

    c. Third prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
    _____

N/A

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: Eighth and Farteenth amendments

2.   **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

- [x] Basic necessities
- [ ] Mail
- [ ] Access to the court
- [ ] Medical care
- [ ] Disciplinary proceedings
- [ ] Property
- [ ] Exercise of religion
- [ ] Retaliation
- [ ] Excessive force by an officer
- [ ] Threat to safety
- [ ] Other: _____

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Plantiff names the three defendants in this Complaint and seeks monetary damages.
Plantiff alleges Penzone, Hickman, Noggles Knowingly housed her in a building that has been condemned due to asbestos, black mold, galvanized pipes. Since 2017. The defendants made intentional decisions with respect to the conditions under which the plantiff was housed. The conditions put the plantiff at serious and substancial risk of suffering physical & mental harm.
By not taking proper measures the defendants caused the plantiff injuries to her health and mental as well as her physical states. The air vents & water have mold in them. In which the plantiff has been ingesting and breathing in. The mats in which we sleep on have rat & feces, rust and mold on them

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
Mental stress - worried about inhaling mold, sinus infections physical pain headaches

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   [x] Yes   [ ] No
   b.   Did you submit a request for administrative relief on Count I?   [ ] Yes   [x] No
   c.   Did you appeal your request for relief on Count I to the highest level?   [ ] Yes   [x] No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  We have asked repeatedly for proper ppe & cleaning supplies and were denied there was even a problem involving mold & asbestos

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Count II.** Identify the issue involved.  Check **only one.**   State additional issues in separate counts.

☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes    ☐ No
    2.  Did you submit a request for administrative relief on Count II?  ☐ Yes    ☐ No
    3.  Did you appeal your request for relief on Count II to the highest level?  ☐ Yes    ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

**COUNT III**

1.    State the constitutional or other federal civil right that was violated: _____
_____

2.    **Count III.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☐ Exercise of religion         ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3.    **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.    **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.    **Administrative Remedies.**
   1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                            ☐ Yes    ☐ No
   2.  Did you submit a request for administrative relief on Count III?      ☐ Yes    ☐ No
   3.  Did you appeal your request for relief on Count III to the highest level?   ☐ Yes    ☐ No
   4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Relief being sought for injuries to plantiff
while being hoase at Estrella Detention
Facilety violating her 8th & 14th Amendments
along with negilence in the $75,000
amount of

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 30 2023
_____
                    DATE                                                                    SIGNATURE OF PLAINTIFF

Reserve Allrights/waiver Non exempt
_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____
(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **September 6, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____


_____          **B5954**
Legal Support Specialist Signature          S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009